ACCEPTED
04-15-00605-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 4:23:11 PM
KEITH HOTTLE
CLERK

04-15-00605-CV

No. 2015-CI-10992

| | | |
|---|---|---|
| MARCI MADLA and BRANDON BRIGANCE, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs | § | |
| | § | |
| v. | § | 407th JUDICIAL DISTRICT |
| | § | |
| GEORGE B. DOMBART, | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/28/2015 4:23:11 PM
KEITH E. HOTTLE
Clerk

## DEFENDANT'S NOTICE OF ACCELERATED APPEAL

TO THE CLERK OF THE COURT:

Now Comes GEORGE B. DOMBART, Defendant in the above-styled and numbered cause, gives notice of his intent to appeal the trial court's order rendered on September 1, 2015 by accelerated appeal. This accelerated appeal is taken to the Fourth Court of Appeals in San Antonio, Texas, filing this his Notice of Appeal herein and, in accordance with Rules 25, 26, and 28, TEXAS RULES OF APPELLATE PROCEDURE, would respectfully show the following:

1. The trial court that signed the Temporary Restraining Order and Injunction was the 73rd Judicial District Court of Bexar County, Texas.

2. The Temporary Restraining Order and Injunction was signed on September 1, 2015.

3. Plaintiff desires to appeal this Temporary Injunction Order of the Court.

4. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas.

5. The party filing this notice is GEORGE B. DOMBART, Defendant herein.

FILED this 28th day of September, 2015.

Respectfully submitted,

GOLDEN LAW, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, TX 78232-4363
(210) 495-0900
(210) 495-0997 (fax)

/S/

By: _____
      Robert E. Golden
      Texas Bar No. 08085560

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by first class United States mail, facsimile transmission and/or electronic transmission to Rashin Mazaheri, 111 Soledad, Suite 110, San Antonio, Texas 78205 on the 28th day of September, 2015.

/S/

_____
Robert E. Golden